UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICK GENTILE, A.K.A. NICHOLAS G. GENTILE,

    Defendant.

CIVIL ACTION NO.: 00-70101

HONORABLE: JOHN CORBETT O'MEARA

MAGISTRATE JUDGE CAPEL,

FILED JAN - 6 2000

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of WAYNE County, Michigan within the jurisdiction of this Court and may be served with service of process at 61 W. Hamata, Hazel Park, MI 48030.

### The Debt

3. The debt owed the United States of America is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $4412.7 |
| B. Current Capitalized Interest Balance and Accrued Interest | $1993.89 |
| C. Administrative Fee, Costs, Penalties | $90.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $.00 |
| **Total Owed** | **$6496.59** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and

CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 5.% per annum.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, United States of America prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 and that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

SHERMETA, CHIMKO & KILPATRICK, P.C.

Dated:   December 20, 1999           By: _____
                                     Sheryl S. Zamplas (P49728)
                                     Attorneys for Plaintiff
                                     P.O. Box 80883
                                     Rochester, Michigan 48308
                                     Telephone No.: (248) 652-8200
                                     Facsimile No.: (248) 652-4586

C-109855

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# SEE CASE FILE FOR ADDITIONAL DOCUMENTS OR PAGES THAT WERE NOT SCANNED

☐ EXHIBITS _____

☐ TRANSCRIPTS _____

☐ ELECTRONIC MEDIA _____

☒ OTHER _____